IN THE UNITED STATES
DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **LEANNA CHAPMAN** | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| **J&M SECURITIES, LLC** | ) | Cause No. 4:15-CV-01042TCM |
| and | ) | |
| **SANSONE LAW, LLC, doing business as SANSONE & LAUBER** | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT SANSONE LAW, LLC ONLY.

COMES NOW, Plaintiff Leanna Chapman and with consent of Defendant respectfully notifies this Court that Plaintiff and Defendant Sansone Law, LLC only, have reached a settlement on all of Plaintiff's claims. The parties respectfully request thirty days to complete the attendant paperwork before Plaintiff dismisses Defendant, Sansone Law, LLC from this matter.

          **RESPECTFULLY SUBMITTED:**

            /s/ James W. Eason        .

          **JAMES W. EASON #57112**
          **The Eason Law Firm, LLC**
          **124 Gay Ave., Suite 200**
          **Clayton, Missouri 63105**
          **Phone: (314) 932-1066**
          **Fax:    (314) 667-3161**
          **Email: james.w.eason@gmail.com**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the foregoing was served via the courts CM/ECF filing system this 8th day of July 2015 to the following:

Ben Sansone: ben@sansonelaw.com

/s/ James W. Eason
_____