**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **LEANNA CHAPMAN,** ) <br> ) <br> *Plaintiff*, ) <br> ) <br> **v.** ) <br> ) <br> **J&M SECURITIES, LLC,** ) <br> **and** ) <br> **SANSONE LAW, LLC, doing business as** ) <br> **SANSONE & LAUBER,** ) <br> ) <br> *Defendants*. ) | **Case No. 4:15-CV-01042-TCM** |

### NOTICE OF SETTLEMENT

Plaintiff Leanna Chapman and Defendant J&M Securities, LLC ("J&M"), submit this Notice of Settlement:

1. In July, 2015, Plaintiff and Defendant Sansone Law, LLC settled the claims among them, leaving J&M as the only remaining defendant [Docs. 6, 7, 24 and 25].

2. On August 27, 2015, the Court entered its Order Referring the Case to ADR [Doc. 28], which relates to the remaining claims between Plaintiff and Defendant J&M.

3. The Order [Doc. 28] requires the parties to notify the Court of their selection of a neutral by January 4, 2016.

4. Plaintiff and J&M have agreed to settle all remaining claims in this case, and are currently in the process of exchanging settlement documents.

5. The Parties intend to dismiss their claims herein within the next 7 to 14 days.

6. Accordingly, the Court's Order [Doc. 28] is moot, as the remaining parties have agreed to settle all remaining claims, and no notices will be filed pursuant to the Court's Order [Doc. 28].

{00346593.1}

2

Respectfully submitted,

| THE EASON LAW FIRM, LLC | LOWENBAUM LAW |
|---|---|
| /s/ James W. Eason | /s/ Matthew J. Aplington |
| James W. Eason, #57112MO | Matthew J. Aplington, #58565MO |
| 124 Gay Avenue, Suite 200 | Julia M. Hodges, #64912MO |
| Clayton, Missouri 63105 | 222 South Central Avenue, Suite 900 |
| Telephone:  (314) 932-1066 | Clayton, Missouri 63105 |
| Facsimile:  (314) 667-3161 | Telephone:  (314) 863-0092 |
| james.w.eason@gmail.com | Facsimile:  (314) 746-4848 |
|  | maplington@lowenbaumlaw.com |
| *Attorneys for Plaintiff* | jhodges@lowenbaumlaw.com |
|  | *Attorneys for Defendant J&M Securities, LLC* |

{00346593.1}